# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON DIVISION

GINA RAE MASSIE,

        Plaintiff,

v.                                                                            CIVIL ACTION NO.   3:20-0545

KILOLO KIJAKAZI,
Acting Commissioner of the
Social Security Administration,

        Defendant.

### MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court grant Plaintiff's motion to the extent that is requests remand of the Commissioner's decision (ECF No. 17); deny Defendant's request to affirm the decision of the Commissioner (ECF No. 20); and dismiss this action from the docket of the Court. No objections to the Magistrate Judge's findings and recommendations have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **GRANTS** Plaintiff's motion to the extent that is requests remand of the Commissioner's decision (ECF No. 17); **DENIES** Defendant's request to affirm the decision of the Commissioner (ECF No. 20); and **DISMISSES** this action from the docket of the Court, consistent with the findings and recommendations.

-2-

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

      ENTER:      September 15, 2021

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE